THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE E. EDWARDS, a single person,<br><br>    Plaintiff,<br><br>  vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>    Defendant. | NO. 2:20-CV-01226-RSL<br><br>ORDER TO EXTEND DEADLINE OF INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1) |

**ORDER**

Based on the Joint Stipulated Motion to Extend Deadline for FRCP 26(a)(1) Initial Disclosures in this matter, IT IS HEREBY ORDERED that the deadline for FRCP 26(a)(1) Initial Disclosures is extended to October 2, 2020.

//

//

ORDER TO EXTEND DEADLINE OF
INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1) - 1
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

Dated this 16th day of September, 2020.

*signature: Robert S. Lasnik*
UNITED STATES DISTRICT COURT JUDGE
ROBERT S. LASNIK

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *signature: S. Wakefield*
   Scott C. Wakefield         WSBA #11222
   Dan R. Kirkpatrick         WSBA #38674
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By   *s/ Kyle C. Olive*
   Kyle C. Olive         WSBA #35552
   Attorneys for Plaintiff Katherine E. Edwards

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By   *s/ Jennifer C. Gogert*
   Jennifer C. Gogert         WSBA #32282
   Attorneys for Plaintiff Katherin E. Edwards

ORDER TO EXTEND DEADLINE OF
INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1) - 2
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120