**THE HONORABLE ROBERT S. LASNIK**

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

11
KATHERINE E. EDWARDS, a single
person,

12
                              Plaintiff,

13
            vs.

14
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign

15
insurer,

16
                              Defendant.

17

18

19

NO. 2:20-CV-01226-RSL

JOINT STIPULATED MOTION FOR
EXTENSION OF EXPERT
DISCLOSURE DEADLINE FOR FRCP
35 REPORT ONLY

**NOTED FOR CONSIDERATION:**
**April 8, 2021**
**(Same Day Motion)**

20

21

<u>**JOINT STIPULATED MOTION**</u>

22
        The undersigned counsel for plaintiff Katherine E. Edwards and defendant State Farm

23
Mutual Automobile Insurance Company ("State Farm") jointly move the court for a stipulated

24
order that a report of the examining physician shall be provided within 21 days of the Fed. R. Civ.

25
P. 35 examination and that the deadline for expert disclosure reports will be extended for the Fed.

JOINT STIPULATED MOTION RE: PLAINTIFF'S FRCP 35
EXAMINATION AND FOR EXTENSION OF EXPERT
DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 1
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

R. Civ. P. 35 report only to the earlier of 21 days after the date of the Fed. R. Civ. P. 35 examination or June 14, 2021.

DATED this 8th day of April, 2021.

WAKEFIELD & KIRKPATRICK, PLLC

By_____

Scott C. Wakefield                    WSBA #11222
Wakefield & Kirkpatrick, PLLC
17544 Midvale Avenue North, Suite 307
Shoreline, WA  98133
TEL:  (206) 629-5489
FAX: (206) 629-2120
E-mail:  swakefield@wakefieldkirkpatrick.com
Attorneys for Defendant State Farm Mutual
Automobile Insurance Company

DATED this 8th day of April,  2021.

OLIVE LAW NORTHWEST, PLLC

By_____*s/ Kyle C. Olive*_____

Kyle C. Olive                    WSBA #35552
Olive Law Northwest, PLLC
1218 3rd Avenue, Suite 1000
Seattle, WA  98101
TEL:  (206) 629-9909
E-mail:  kyle@olivelawnw.com
Attorneys for Plaintiff Katherine Edwards

JOINT STIPULATED MOTION RE: PLAINTIFF'S FRCP 35
EXAMINATION AND FOR EXTENSION OF EXPERT
DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 2
(Case No. 2:20-CV-01226-RSL)

1070.150/210408 StipMotRSIME.docx

1    DATED this 8th day of April,  2021.

2                                DENO MILLIKAN LAW FIRM, PLLC

3

4                                By_____*s/ Jennifer C. Gogert*_____
                                 Jennifer C. Gogert                    WSBA #32282
5                                Deno Millikan Law Firm, PLLC
                                 3411 Colby Avenue
6                                Everett, WA 98201
                                 TEL:  (425) 259-2222
7                                E-mail:  jgogert@denomillikan.com
                                 Attorneys for Plaintiff Katherine Edwards
8

9

10                            **STIPULATED ORDER**

11       Based  upon  the  above  stipulation  of  counsel  for  the  parties  the  court  the  court  hereby

12   orders:

13

14   1)  The report of the examining physician shall be provided to counsel for plaintiff within

15       21 days of the date of the examination and no later than June 14, 2021.

16   2)  The current deadline for the expert disclosure reports is extended to June 14, 2021 for

17       the Fed. R. Civ. P. 35 examination report only.

18       Dated this __ day of April, 2021

19

20

21                            _____
                                UNITED STATES DISTRICT COURT JUDGE
22                                      ROBERT S. LASNIK

23

24

25

JOINT STIPULATED MOTION RE: PLAINTIFF'S FRCP 35
EXAMINATION AND FOR EXTENSION OF EXPERT
DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 3
(Case No. 2:20-CV-01226-RSL)

1070.150/210408 StipMotRSIME.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By_____
  Scott C. Wakefield          WSBA #11222
  Attorneys for Defendant State Farm Mutual Automobile Insurance Company


Copy Received, Approved as to Form;
Notice of Presentation Waived:


By __*s/ Kyle C. Olive*_____
  Kyle C. Olive              WSBA #35552
  Attorneys for Plaintiff Katherine E. Edwards


Copy Received, Approved as to Form;
Notice of Presentation Waived:


By __*s/ Jennifer C. Gogert*_____
  Jennifer C. Gogert          WSBA #32282
  Attorneys for Plaintiff Katherine E. Edwards

JOINT STIPULATED MOTION RE: PLAINTIFF'S FRCP 35
EXAMINATION AND FOR EXTENSION OF EXPERT
DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 4
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

1070.150/210408 StipMotRSIME.docx

## CERTIFICATE OF SERVICE

I hereby certify that on April 8th, 2021, I electronically filed the following document(s):

1.      JOINT STIPULATED MOTION FOR EXTENSION OF EXPERT
        DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the following:

**Attorneys for Plaintiff:**

Kyle C. Olive
Olive Law Northwest, PLLC
1218 3rd Avenue, Suite 1000
Seattle, WA 98101
kyle@olivelawnw.com

Jennifer C. Gogert
Deno Millikan Law Firm, PLLC
3411 Colby Avenue
Everett, WA 98201
jgogert@denomillikan.com

_s/ Erica Solbrig_
Erica Solbrig
Wakefield & Kirkpatrick, PLLC
17544 Midvale Ave. N., Suite 307
Shoreline, WA 98133
Tel:  206-629-5489
Fax:  206-629-2120
esolbrig@wakefieldkirkpatrick.com

JOINT STIPULATED MOTION RE: PLAINTIFF'S FRCP 35
EXAMINATION AND FOR EXTENSION OF EXPERT
DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 5
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

1070.150/210408 StipMotRSIME.docx