# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KATHERINE E. EDWARDS, a single person,

          Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,

          Defendant.

NO. 2:20-CV-01226-RSL

JOINT STIPULATED MOTION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY

## JOINT STIPULATED MOTION

The undersigned counsel for plaintiff Katherine E. Edwards and defendant State Farm Mutual Automobile Insurance Company ("State Farm") jointly move the court for a stipulated order that a report of the examining physician shall be provided within 21 days of the Fed. R. Civ. P. 35 examination and that the deadline for expert disclosure reports will be extended for the Fed. R. Civ. P. 35 report only to the earlier of 21 days after the date of the Fed. R. Civ. P. 35 examination or June 14, 2021.

JOINT STIPULATED MOTION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 1
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

DATED this 8th day of April, 2021.

        WAKEFIELD & KIRKPATRICK, PLLC

        By_____
        Scott C. Wakefield        WSBA #11222
        Wakefield & Kirkpatrick, PLLC
        17544 Midvale Avenue North, Suite 307
        Shoreline, WA  98133
        TEL:  (206) 629-5489
        FAX: (206) 629-2120
        E-mail:  swakefield@wakefieldkirkpatrick.com
        Attorneys for Defendant State Farm Mutual
        Automobile Insurance Company

DATED this 8th day of April, 2021.

        OLIVE LAW NORTHWEST, PLLC

        By    *s/ Kyle C. Olive*
        Kyle C. Olive        WSBA #35552
        Olive Law Northwest, PLLC
        1218 3rd Avenue, Suite 1000
        Seattle, WA  98101
        TEL:  (206) 629-9909
        E-mail:  kyle@olivelawnw.com
        Attorneys for Plaintiff Katherine Edwards

JOINT STIPULATED MOTION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 2
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

DATED this 8th day of April, 2021.

DENO MILLIKAN LAW FIRM, PLLC

By  *s/ Jennifer C. Gogert*
Jennifer C. Gogert            WSBA #32282
Deno Millikan Law Firm, PLLC
3411 Colby Avenue
Everett, WA 98201
TEL: (425) 259-2222
E-mail: jgogert@denomillikan.com
Attorneys for Plaintiff Katherine Edwards

## ORDER

Based upon the above stipulation of counsel for the parties the court the court hereby orders:

1) The report of the examining physician shall be provided to counsel for plaintiff within 21 days of the date of the examination and no later than June 14, 2021.

2) The current deadline for the expert disclosure reports is extended to June 14, 2021 for the Fed. R. Civ. P. 35 examination report only.

Dated this 9th day of April, 2021.

_____
Robert S. Lasnik
United States District Judge

JOINT STIPULATED MOTION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR FRCP 35 REPORT ONLY - 3
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120