UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE E. EDWARDS, a single person,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer;<br><br>Defendants. | No. 2:20-CV-01226-RSL<br><br>JOINT STIPULATED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE FOR INSURANCE EXPERT REPORTS |

## **JOINT STIPULATED MOTION**

The undersigned counsel for plaintiff, Katherine E. Edwards, and defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), jointly move the court for a stipulated order that a report of the plaintiff's insurance claims handling expert, Steve Strzelec, shall be provided no later than May 26, 2021, which is three weeks after reports from expert witnesses under FRCP 26(a)(2) are due. The parties also jointly move to allow State Farm's insurance claims handling expert to produce a report no later than three weeks after receiving Plaintiff's expert report disclosure, or no later than June 16, 2021.

OLIVE LAW NORTHWEST PLLC
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081

DATED this 30th day of April, 2021.

OLIVE LAW NORTHWEST, PLLC

By     *s/ Kyle C. Olive*
   Kyle C. Olive     WSBA #35552
   Olive Law Northwest, PLLC
   1218 3rd Avenue, Suite 1000
   Seattle, WA 98101
   TEL: (206) 629-9909
   E-mail: kyle@olivelawnw.com
   Attorneys for Plaintiff Katherine Edwards

DATED this 30th day of April, 2021.

DENO MILLIKAN LAW FIRM, PLLC

By     *s/Jennifer C. Gogert*
   Jennifer C. Gogert     WSBA #32282
   Deno Millikan Law Firm, PLLC
   3411 Colby Avenue
   Everett, WA 98201
   TEL: (425) 259-2222
   E-mail: jgogert@denomillikan.com
   Attorneys for Plaintiff Katherine Edwards

WAKEFIELD & KIRKPATRICK, PLLC

By  *s/Scott C. Wakefield*
   Scott C. Wakefield     WSBA #11222
   Wakefield & Kirkpatrick, PLLC
   17544 Midvale Avenue North, Suite 307
   Shoreline, WA 98133
   TEL: (206) 629-5489
   FAX: (206) 629-2120
   E-mail: swakefield@wakefieldkirkpatrick.com
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company

- Page 2 of 3

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081

# **STIPULATED ORDER**

Based upon the above stipulation of counsel for the parties the court the court hereby orders:

1) The report of Plaintiff's insurance claims handling expert, Steve Strzelec, shall be provided to counsel for Defendant no later than May 26, 2021.

2) The current deadline for the expert disclosure reports is extended to May 26, 2021 for Plaintiff's claim handling expert.

3) The deadline for State Farm's insurance claims handling expert's disclosure report in is extended to no later than three weeks after Plaintiff's expert disclosure, or no later than June 16, 2021.

Dated this 3rd day of May, 2021.

*/s/ Robert S. Lasnik*
UNITED STATES DISTRICT COURT JUDGE
ROBERT S. LASNIK

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081