## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| KATHERINE E. EDWARDS, a single person,<br><br>                      Plaintiff,<br><br>      vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>                      Defendant. | NO. 2:20-CV-01226-RSL<br><br>JOINT STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE CUT-OFF DATE |

### **JOINT STIPULATED MOTION**

The undersigned counsel for plaintiff Katherine E. Edwards and defendant State Farm Mutual Automobile Insurance Company ("State Farm") jointly move the court for a stipulated order that the deadline for discovery cut-off date be extended to July 30, 2021. This stipulated motion is being made so that the depositions of Mike Lemons and Steve Strzelec may be taken.

JOINT STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINE CUT-OFF DATE - 1
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

| | |
|---|---|
| 1 | DATED this 30th day of June, 2021. |
| 2 | WAKEFIELD & KIRKPATRICK, PLLC |
| 3 | |
| 4 | |
| 5 | By _____ |
| 6 | Scott C. Wakefield          WSBA #11222 |
| 7 | Wakefield & Kirkpatrick, PLLC<br>17544 Midvale Avenue North, Suite 307 |
| 8 | Shoreline, WA  98133<br>TEL:  (206) 629-5489 |
| 9 | FAX: (206) 629-2120<br>E-mail:  swakefield@wakefieldkirkpatrick.com |
| 10 | Attorneys for Defendant State Farm Mutual<br>Automobile Insurance Company |
| 11 | |
| 12 | DATED this 30th day of June, 2021. |
| 13 | OLIVE LAW NORTHWEST, PLLC |
| 14 | |
| 15 | By  *s/ Kyle C. Olive*_____ |
| 16 | Kyle C. Olive            WSBA #35552<br>Olive Law Northwest, PLLC |
| 17 | 1218 3rd Avenue, Suite 1000<br>Seattle, WA  98101 |
| 18 | TEL:  (206) 629-9909<br>E-mail:  kyle@olivelawnw.com |
| 19 | Attorneys for Plaintiff Katherine Edwards |

JOINT STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINE CUT-OFF DATE - 2
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

DATED this 30th day of June, 2021.

       DENO MILLIKAN LAW FIRM, PLLC


       By___*s/ Jennifer C. Gogert*_____
         Jennifer C. Gogert  WSBA #32282
         Deno Millikan Law Firm, PLLC
         3411 Colby Avenue
         Everett, WA 98201
         TEL: (425) 259-2222
         E-mail: jgogert@denomillikan.com
         Attorneys for Plaintiff Katherine Edwards


## **STIPULATED ORDER**

Based upon the above stipulation of counsel for the parties the court hereby orders:

1) The discovery cut-off deadline is hereby extended to July 30, 2021 for the purposes of taking depositions of Mike Lemons and Steve Strzelec.


Dated this 1st day of July, 2021.


       */s/ Robert S. Lasnik*
       ROBERT S. LASNIK
       UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINE CUT-OFF DATE - 3
(Case No. 2:20-CV-01226-RSL)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120