# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHERINE E. EDWARDS, a single person,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　　　Defendant. | NO. 2:20-CV-01226-RSL<br><br>ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) |

## ORDER OF DISMISSAL

Based on the Stipulated Motion for Dimissal in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1)(A).

Dated this 30th day of August, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 1
(Case No. 2:20-CV-01226-RSL

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC


By: /s/ Scott C. Wakefield
    Scott C. Wakefield    WSBA #11222
    Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:


By: *s/ Kyle C. Olive*
    Kyle C. Olive    WSBA #35552
    Attorneys for Plaintiff Katherine Edwards

Copy Received, Approved as to Form;
Notice of Presentation Waived:


By: *s/ Jennifer C. Gogert*
    Jennifer C. Gogert    WSBA#32282
    Attorneys for Plaintiff Katherine Edwards

ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 2
(Case No. 2:20-CV-01226-RSL

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120